UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RIFLE HOLDINGS, LLC and RIFLE, INC. d/b/a
RIFLE PAPER CO.,

    Plaintiffs,

v.

PETCO ANIMAL SUPPLIES STORES, INC.,

    Defendant.

CASE NO.: 6:20-cv-01646-ORL-78LRH

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a), Plaintiffs Rifle Holdings, LLC and Rifle, Inc. d/b/a Rifle Paper Co. hereby notify the Court that they have reached a settlement with Defendant Petco Animal Supplies Stores, Inc. resolving all claims in this matter and are finalizing a confidential written settlement agreement.  Upon the occurrence of certain contingencies, Plaintiffs expect to voluntarily dismiss this action with prejudice within the next several weeks. Until that time, Plaintiffs request that this Court administratively close the file by dismissing the case without prejudice, subject to the right of any party to move the Court within 60 days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

    Dated:  November 12, 2020.

    Respectfully submitted,

/s/ Vincent Falcone III
Vincent Falcone III
Florida Bar No.: 0058553
Robyn M. Kramer
Florida Bar No.: 0118300

-2-

>King, Blackwell, Zehnder
>   & Wermuth, P.A.
>P.O. Box 1631
>Orlando, FL 32802-1631
>Telephone: (407) 422-2472
>Facsimile: (407) 648-0161
>vfalcone@kbzwlaw.com
>rkramer@kbzwlaw.com
>
>*Counsel for Plaintiffs Rifle Holdings, LLC and Rifle, Inc. d/b/a Rifle Paper Co.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on November 12, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I FURTHER CERTIFY that on November 12, 2020, I furnished copies of the foregoing by U.S. Mail to:

Petco Animal Supplies Stores, Inc.
c/o Corporation Service Company, its Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

>/s/ Vincent Falcone III
>Vincent Falcone III
>Florida Bar No.: 0058553
>
>*Counsel for Plaintiffs Rifle Holdings, LLC and Rifle, Inc. d/b/a Rifle Paper Co.*